1  MARK W. GOOD (Bar No. 218809)
   **TERRA LAW LLP**
2  50 W. San Fernando St., #1415
   San Jose, California 95113
3  Telephone: 408-299-1200
   Facsimile: 408-998-4895
4  Email: mgood@terra-law.com

5  JONATHAN T. SUDER *(PHV To Be Filed)*
   CORBY R. VOWELL *(PHV To Be Filed)*
6  TODD I. BLUMENFELD *(PHV To Be Filed)*
   **FRIEDMAN, SUDER & COOKE**
7  Tindall Square Warehouse No. 1
   604 East 4th Street, Suite 200
8  Fort Worth, Texas 76102
   Telephone: (817) 334-0400
9  Facsimile: (817) 334-0401
   Email:jts@fsclaw.com
10 Email:vowell@fsclaw.com
   Email: blumenfeld@fsclaw.com
11 **Counsel for Plaintiff**
   **SOFTVAULT SYSTEMS, INC.**

13 MARK D. FOWLER (Bar No. 124235)
   AARON WAINSCOAT (Bar No. 218339)
   ROBERT BUERGI (Bar No. 242910)
14 ERIK R. FUEHRER (Bar No. 252578)
   **DLA PIPER LLP (US)**
15 2000 University Avenue
   East Palo Alto, CA 94303-2214
16 Telephone:  650.833.2000
   Facsimile:  650.833.2001
17 mark.fowler@dlapiper.com
   aaron.wainscoat@dlapiper.com
18 robert.buergi@dlapiper.com
   erik.fuehrer@dlapiper.com
19 **Counsel for Defendant**
   **SAMSUNG ELECTRONICS AMERICA, INC.**

**GRANTED**
Judge Yvonne Gonzalez Rogers
7/7/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendant. | CASE NO. 4:16-cv-04802-YGR <br><br> **STIPULATION OF DISMISSAL** |

-1-

IT IS HEREBY STIPULATED AND AGREED between Plaintiff SoftVault Systems, Inc. ("Plaintiff") and Defendant Samsung Electronics America, Inc. ("Defendant") that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant in the above-captioned action be, and hereby are dismissed WITH PREJUDICE.

Each party shall bear its own costs and attorney's fees.

Dated: July 6, 2017  /s/ Corby R. Vowell

MARK W. GOOD (Bar No. 218809)
TERRA LAW LLP
50 W. San Fernando St., #1415
San Jose, California 95113
Telephone: 408-299-1200
Facsimile: 408-998-4895
Email: mgood@terra-law.com

Jonathan T. Suder (*PHV to be filed*)
Corby R. Vowell (*PHV to be filed*)
Todd Blumenfeld (*PHV to be filed*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com
**Attorney for Plaintiff
SOFTVAULT SYSTEMS, INC.**

Dated: July 6, 2017  /s/ Aaron Wainscoat
MARK D. FOWLER
AARON WAINSCOAT
ROBERT BUERGI
ERIK R. FUEHRER
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone:   650.833.2000
Facsimile:   650.833.2001
mark.fowler@dlapiper.com
aaron.wainscoat@dlapiper.com
robert.buergi@dlapiper.com
erik.fuehrer@dlapiper.com
**Counsel for Defendant
SAMSUNG ELECTRONICS AMERICA, INC.**